**Kristin Asai**, OSB No. 103286
kristin.asai@hklaw.com
**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300
Fax: 503.241.8014

**Brad D. Brian****
Email: brad.brian@mto.com
**Jennifer L. Bryant****
Email: jennifer.bryant@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 S. Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone: 213.683.9100
Fax: 213.687.3702
***pro hac vice* forthcoming

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LESLIE BRUNKER AND JEREMY PARRA,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. 3:26-cv-02035-YY<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

## LR 7-1 CERTIFICATION

Pursuant to LR 7-1, counsel for defendant Costco Wholesale Corporation ("Costco") conferred with counsel for plaintiffs Leslie Brunker and Jeremy Parra ("Plaintiffs"). Counsel for Plaintiffs has stated that Plaintiffs do not oppose this motion.

## MOTION

Pursuant to Fed. R. Civ. P. 6(b), Costco respectfully requests that the deadline for answering or otherwise responding to Plaintiffs' Complaint in this matter be extended by 45 days, to December 7, 2026.

The undersigned counsel for Costco and Plaintiffs hereby certify that the reasons for the requested extension are as follows:

1. Costco was served with Plaintiffs' Complaint on October 2, 2026.

2. Costco's deadline to answer or otherwise respond is October 23, 2026.

3. A 45-day extension to December 7, 2026 for Costco to file a response to the Complaint is necessary because undersigned counsel was just retained and requires additional time to investigate and prepare a response to Plaintiffs' allegations and claims.

4. This is the first request for an extension of this deadline.

5. The requested extension will not alter any other pre-trial or scheduling deadlines currently set in this case.

6. Costco respectfully requests that Costco's time to answer, move, or otherwise respond to the Complaint be extended to December 7, 2026.

Dated this 22nd day of October, 2026.

HOLLAND & KNIGHT LLP

By: *s/ Kristin Asai*

Kristin Asai, OSB No. 103286
Email: kristin.asai@hklaw.com
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300
Fax: 503.241.8014

MUNGER, TOLLES & OLSON LLP
Brad D. Brian**
Email: brad.brian@mto.com
Jennifer L. Bryant**
Email: jennifer.bryant@mto.com
350 S. Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone: 213.683.9100
Fax: 213.687.3702

***pro hac vice* forthcoming

*Attorneys for Defendant*